UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| ROBERT C. SMITH,<br>Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. MO-7-17-CV-031-RAJ-DC |
| ARMY BOARD OF CORRECTIONS<br>OF MILITARY RECORDS, and<br>RYAN D. MCCARTHY,<br>SECRETARY OF THE ARMY,<br>Defendants. | § § § § § § | |

## NOTICE OF DEATH

COMES NOW, Fred O. Hull, Attorney for Robert C. Smith, and informs the Court that G. Ward Beaudry, Attorney for Robert C. Smith, died on November 28, 2017. Mr. Beaudry was the managing partner of the firm Winn, Beaudry & Winn, and there is now uncertainty as to the continuation of the law firm. Therefore, we request an abatement of this matter and including by agreement with Attorneys for Defendants all pending motions before this Honorable Court while Plaintiff Robert C. Smith seeks new counsel in lieu of Winn, Beaudry & Winn.

Respectfully submitted,

By: _____
Fred O. Hull
Of Counsel
WINN, BEAUDRY & WINN
Texas State Bar No. 00796798
4200 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-7203
214/969-0001 - Phone
214/969-0005 - Facsimile
foh@winnbeaudrylaw.com

Attorneys for Robert C. Smith, Plaintiff.

NOTICE OF DEATH – Page Solo