IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ROBERT C. SMITH | § | |
| | § | |
| V. | § | NO. MO-17-CV-031 |
| | § | |
| ARMY BOARD OF CORRECTIONS FOR MILITARY RECORDS, ET AL. | § § | |

### ORDER WITHDRAWING CONSENT TO MAGISTRATE JUDGE

On this day, the Court considered the above-styled and numbered cause, which was reassigned to the United States Magistrate Judge by the Order Granting Consent and Reassignment of Case [Doc. 25] entered August 29, 2017. The Court finds that the consent order should be withdrawn. Accordingly,

IT IS ORDERED that the Order Granting Consent and Reassignment of Case [Doc. 25] filed August 29, 2017, is **WITHDRAWN** and **VACATED**.

It is so **ORDERED**.

SIGNED this 18th day of January, 2018.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE